| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | § | |
|---|---|---|
| **CURTIS HOWARD, Individually and on Behalf of All Others Similarly Situated** | § § § § | |
| **Plaintiff** | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-3656 |
| **RTL FOODS, LLC** | § § | |
| **Defendant** | | |

## NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, hereby enters his appearance on behalf of Plaintiff Curtis Howard. Mr. Short certifies that he is a member in good standing of the Bar of the Southern District of Texas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

Respectfully submitted,

**ATTORNEY SEAN SHORT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

  I, Sean Short, do hereby certify that a true and correct copy of the foregoing was served via email on June 8, 2023, to the attorneys listed below:

Michael H. Wallis
Laura Flores Macom
THORNTON, BIECHLIN, REYNOLDS
& GUERRA, L.C.
One International Centre
San Antonio, Texas 78216-4741
Telephone: (210) 581-0294
Facsimile: (210) 525-0666
MWallis@thorntonfirm.com
LMacom@thorntonfirm.com

             */s/ Sean Short*
             **Sean Short**