

| | |
|---|---|
| Austin<br>San Antonio<br>Rio Grande Valley<br>Houston | **Laura Flores Macom**<br>100 N.E. Loop 410, Suite 500<br>San Antonio, TX 78216-4741<br>Telephone: 210-581-0280<br>Fax: 210-525-0666<br>Email: lmacom@thorntonfirm.com |

July 5, 2023

*Via E-Filing*
U.S. District Clerk's Office
Southern District
Houston Division
515 Rusk St.
Houston, TX  77002

RE:     **ATTORNEY VACATION SCHEDULE REQUEST**

Civil Action No.  4:21-cv-3656; *Curtis Howard, Individually and on behalf of All Others Similarly Situated v. RTL Foods, LLC*; In the US District Court, Southern District of Texas, Houston Division

Dear Sir/Madam:

Please be advised that I will be on vacation and unavailable from:

1) **July 31, 2023 through August 11, 2023**,
2) **October 16, 2023 through October 24, 2023,**
3) **November 20, 2023 through November 24, 2023,** and
4) **December 18, 2023 through January 2, 2024**.

By copy of this correspondence, I am notifying all counsel of record of my scheduled vacation and request that they refrain from noticing trials, conferences, depositions or scheduling any hearings during this time, which would require a responsive pleading and/or my attendance in court.   I respectfully request that the Court and Clerk's office take notice of this time period and avoid scheduling any event(s) that would require a responsive pleading and/or my presence.

Thank you for your attention to this matter.

Very truly yours,

Laura F. Macom

LFM/nrt
cc:     All counsel of record