IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CURTIS HOWARD, Individually and on**        **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.        No. 4:21-cv-3656

**RTL FOODS, LLC**        **DEFENDANT**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement and the status conference set for August 8, 2023, at 2:00 p.m. be cancelled.

Respectfully submitted,

**CURTIS HOWARD, Individually**
**and on Behalf of All Others**
**Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

/s/ Josh Sanford
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, do hereby certify that on August 8, 2023, a true and correct copy of the above and foregoing document has been served through the Court's CM/ECF system which will send electronic notification to all counsel of record upon the following:

Michael H. Wallis, Esq.
Laura Flores Macom, Esq.
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, Texas 78216-4741
Telephone: (210) 581-0294
Facsimile: (10) 525-0666
MWallis@thorntonfirm.com
LMacom@thorntonfirm.com

/s/ Josh Sanford
**Josh Sanford**