IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CURTIS HOWARD, Individually and on Behalf of All Others Similarly Situated**  **PLAINTIFF**

vs.    No. 4:21-cv-3656

**RTL FOODS, LLC**    **DEFENDANT**

### JOINT MOTION FOR EXTENSION OF CONDITIONAL DISMISSAL PERIOD

Plaintiffs Curtis Howard and George Belmares, and Defendant RTL Foods, LLC, by and through their respective undersigned counsel, hereby submit the following for their Joint Motion for Extension of Conditional Dismissal Period:

1. On August 8, the parties notified the Court that they had reached a settlement in principle. *See* ECF No. 23.

2. This Court acknowledged the parties' notification of settlement in its Order dated August 9, administratively closing the case without prejudice to its being reopened and setting the time for the dismissal to convert to one with prejudice as September 7. *See* ECF No. 24.

3. The parties have drafted a settlement agreement, but they require more time in order to edit it to the satisfaction of all parties and to execute it.

4. To that end, the parties request to extend the date on which the parties may file a motion to reopen the case by thirty-one (31) days, up to and including October 9.

5. This extension is sought in good faith and not for the purpose of delay.

Page 1 of 3
Curtis Howard, et al. v. RTL Foods, LLC
U.S.D.C. (S.D. Tex.) Case No. 4:21-cv-3656
Joint Motion for Extension of Conditional Dismissal Period

WHEREFORE, premises considered, the parties pray that the Court grant this Motion to extend the conditional dismissal period by thirty-one (31) days, up to and including October 9, 2023, and for all other necessary and proper relief.

Respectfully submitted,

**CURTIS HOWARD and GEORGE BELMARES, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

and   **DEFENDANT RTL FOODS, INC.**

THORNTON, BIECHLIN, REYNOLDS & GUERRA, L.C.
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, TX 78216
Telephone: (210) 581-0294
Facsimile: (210) 525-0666

Michael H. Wallis
SBN: 24033426
mwallis@thorntonfirm.com

*/s/ Laura Flores Macom*
Laura Flores Macom
SBN: 24002512
lmacom@thorntonfirm.com

Page 2 of 3
Curtis Howard, et al. v. RTL Foods, LLC
U.S.D.C. (S.D. Tex.) Case No. 4:21-cv-3656
Joint Motion for Extension of Conditional Dismissal Period

## CERTIFICATE OF SERVICE

    I, Josh Sanford, do hereby certify that on September 7, 2023, a true and correct copy of the above and foregoing document has been served through the Court's CM/ECF system which will send electronic notification to all counsel of record upon the following:

Michael H. Wallis, Esq.
Laura Flores Macom, Esq.
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, Texas 78216-4741
Telephone: (210) 581-0294
Facsimile: (10) 525-0666
MWallis@thorntonfirm.com
LMacom@thorntonfirm.com

                                                                                  */s/ Josh Sanford*
                                                                                  **Josh Sanford**

Page 3 of 3
**Curtis Howard, et al. v. RTL Foods, LLC**
**U.S.D.C. (S.D. Tex.) Case No. 4:21-cv-3656**
**Joint Motion for Extension of Conditional Dismissal Period**