United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOWARD CURTIS, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:21-CV-03656 |
| RTL FOODS, LLC, | § |
| Defendant. | § |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time of Conditional Dismissal Period. ECF No. 25. The parties ask that the Court extend the conditional dismissal period by 31 days from September 7, 2023 to October 9, 2023. However, the original conditional dismissal period was already set to expire on October 8, 2023. The Motion is therefore **DENIED**. Parties may request an extension of the conditional dismissal period if needed.

**IT IS SO ORDERED.**

Signed at Houston, Texas on September 14, 2023.

Keith P. Ellison
United States District Judge