IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS HOWARD, Individually and on Behalf of All Others Similarly Situated | § § § | CIVIL ACTION |
| v. | § § | NO.: 4:21-CV-3656 |
| RTL FOODS, LLC | § § | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

The Plaintiffs, Curtis Howard and George Belmares; and Defendant RTL Foods, LLC, by and through their respective undersigned counsel, hereby state that this case has been settled and stipulate to the dismissal of the action with prejudice to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 6th day of October 2023,

**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Ste. 510
Little Rock, Arkansas  72211
Telephone:  (501) 221-0088

/s/ *Josh Sanford*

Josh Sanford          signed with permission, Laura F. Macom
SBN:  24077858                                SBN: 24002512
Email:  josh@sanfordlawfirm.com
Sean Short
Ark. Bar No. 2015079
Email:  sean@sanfordlawfirm.com
*Counsel for Plaintiff, Howard Curtis*

**THORNTON, BIECHLIN,
     REYNOLDS & GUERRA**
100 N.E. Loop 410, Ste. 500
San Antonio, TX  78216
Telephone:  (210) 581-0294

1

_____
Michael H. Wallis
SBN:  24033426
Email:  mwallis@thorntonfirm.com
Laura F. Macom
SBN:  24002512
Email:  lmacom@throntonfirm.com
*Counsel for Defendant, RTL Foods, LLC*